## Commonwealth ex rel. Oveido *v.* Baldi, Appellant.

Argued June 30, 1943. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, PARKER and STEARNE, JJ.

*Franklin E. Barr*, Assistant District Attorney, with him *John H. Maurer*, District Attorney, for appellant.

*Henry D. O'Connor*, for appellee.

Per Curiam, July 13, 1943:

Judgment and order of the Superior Court affirmed on its opinion reported in 152 Pa. Superior Court 340, 31 A. 2d 753.